IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 1:23-CR-90 |
| v. | ) | |
| | **)** | Honorable Claude M. Hilton |
| | ) | |
| ROBERT SMITH, JR., | ) | Trial Date: July 26, 2023 |
| Defendant. | ) | |

## **EXHIBIT LIST FOR THE UNITED STATES**

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Nicholas Durham and Ronald L. Walutes, Jr., Assistant United States Attorneys, hereby submits its exhibit list.

| **Exhibit** | **Description** |
|---|---|
| 1 | 8/24/20 Form 4473.   (Stipulation to admission between the parties) |
| 2 | 11/24/20 Form 4473. |
| 3 | 3/19/21 Form 4473. |
| 4 | 4/24/21 Form 4473. |
| 5 | 4/24/21 Form 4473. |
| 6 | 7/23/21 Form 4473. |
| 7 | 8/1/21 Form 4473. |
| 8 | 8/21/21 Form 4473. |
| 9 | 8/22/21 Form 4473. |
| 10 | 9/9/21 Form 4473. |
| 11 | 9/23/21 Form 4473. |
| 12 | 10/1/21 Form 4473. |
| 13 | 10/1/21 Form 4473. |
| 14 | 10/3/21 Form 4473. |
| 15 | 10/16/21 Form 4473. |

| 16 | 10/22/21 Form 4473. |
|---|---|
| 17 | 10/29/21 Form 4473. |
| 18 | 11/13/21 Form 4473. |
| 19 | 11/19/21 Form 4473. |
| 20 | 11/19/21 Form 4473.    (Stipulation to admission between the parties) |
| 21 | 11/20/21 Form 4473. |
| 22 | 11/21/21 Form 4473. |
| 23 | 12/7/21 Form 4473. |
| 24 | 12/11/21 Form 4474.    (Stipulation to admission between the parties) |
| 25 | AT&T cell phone data for number 240-460-0745. |
| 26 | Maryland concealed carry application and permit. (Stipulation to admission between the parties) |
| 27 A-P | Photographs of Volvo S90 and contents. |
| 28 A-B | Photographs of Dremel from Volvo S90 trunk. |
| 29 | Kevin E. Mawyer, II, Curriculum Vitae (cell tower data analysis). |
| 30 | Report of cell phone location for 240-460-0745 between 8/2020 to 12/2021. |
| 31 | Corporal Jenna C. Deacon, PGPD Firearms Expert, Curriculum Vitae. |
| 32 | Report for firearm serial number 66??87321. |
| 33 | Report for firearm serial number ACK351977. |
| 34 | Arlington County Real Estate Records for 1340 South Rolfe St., Arlington, VA. |
| 35 | Certified Maryland Motor Vehicle Administration Records Volvo Registration. |
| 36 | USPIS 1350 South Rolfe address used for Robert Smith PO Box 624, Alex., VA. |
| 37 | SA Zachary D. Mikkelson, Curriculum Vitae. |
| 38 | SA Mikkelson, ATF Interstate Nexus Report on firearms. |
| 39 | Sergeant David C. Feltman, Maryland State Police, Curriculum Vitae. |
| 40 | Feltman Report of Maryland Firearm Sales Restrictions 8/2020 and 12/2021. |
| 41 | Certified Virginia DMV Records Robert Smith. |
| 42 | Mail seized from search of 3415 24th Avenue, Temple Hills, MD. |
|  |  |
|  |  |
|  |  |

|  |  |
|--|--|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

                          Respectfully submitted,

                          Jessica D. Aber
                          United States Attorney

By:       /s/_____
          Nicholas Durham
          Ronald L. Walutes, Jr.
          Assistant United States Attorneys
          Virginia Bar No.: 26312
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Phone: (703) 299-3700
          Fax: (703) 299-3980
          Ron.Walutes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2023, I electronically filed the foregoing Government Exhibit List with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Bruce Johnson, Esquire
Counsel for the defendant

By:       /s/
Ronald L. Walutes, Jr.
Assistant United States Attorney
Virginia Bar No.: 26312
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Ron.Walutes@usdoj.gov